# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 15-cv-00862-REB

THOMAS ROMERO,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## ORDER FOR REMAND AND JUDGMENT

**Blackburn, J.**

The matter before me is **Defendant's <u>Unopposed</u> Motion for Leave of Court To File <u>Unopposed</u> Motion for Voluntary Remand in Lieu of Response Brief Out of Time** [#17],[1] filed November 4, 2015. By this motion, defendant explains the reasons behind her failure to file a response to plaintiff's opening brief in this case and requests the court accept **Defendant's Unopposed Motion To Remand for Further Proceedings** [#17-1], filed November 4, 2015, for filing. By that motion, defendant asks the court to remand this matter to the Commissioner for further administrative proceedings under sentence four of 42 U.S.C. § 405(g).

Having reviewed the motion and the file, I find and conclude that the motion is well-taken and should be granted.

**THEREFORE, IT IS ORDERED** as follows:

---

[1] "[#17]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

1.  That **Defendant's <u>Unopposed</u> Motion for Leave of Court To File <u>Unopposed</u> Motion for Voluntary Remand in Lieu of Response Brief Out of Time** [#17], filed November 4, 2015, is granted, and **Defendant's Unopposed Motion To Remand for Further Proceedings** [#17-1], filed November 4, 2015, is accepted for filing as of the date of this order;

2.  That **Defendant's Unopposed Motion To Remand for Further Proceedings** [#17-1], filed November 4, 2015, is granted;

3.  That the conclusion of the Commissioner through the Administrative Law Judge that plaintiff was not disabled is reversed;

4.  That this matter is remanded to the Commissioner for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g);

5.  That judgment shall enter in favor of plaintiff against defendant in accordance with Fed. R. Civ. P. 58 and consistent with the decision of the United States Supreme Court in ***Shalala v. Schaefer***, 509 U.S. 292, 296-302, 113 S.Ct. 2625, 2628-32, 125 L.Ed.2d 239 (1993); and

6.  That plaintiff is awarded his costs to be taxed by the clerk of the court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1 and 28 U.S.C. § 2412(a)(1).

Dated November 5, 2015, at Denver, Colorado.

                                        **BY THE COURT:**

                                        */s/ Bob Blackburn*
                                        Robert E. Blackburn
                                        United States District Judge