**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 15-cv-00862-REB

THOMAS ROMERO,

     Plaintiff,

v.

CAROLYN COLVIN, Acting Commissioner of Social Security,

     Defendant.

**ORDER GRANTING STIPULATED MOTION FOR ATTORNEY
FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT**

**Blackburn, J.**

This matter is before me on the parties' **Motion for Order Approving Stipulation of Award of Attorney Fees Under the Equal Access to Justice Act** [#23],[1] filed January 27, 2016. As indicated by the title of the motion, the parties have reached an agreement as to the amount of attorney fees to be awarded to plaintiff under the EAJA. I therefore grant the motion and award attorney fees in the amount stipulated, payable to plaintiff. ***See Manning v. Astrue***, 510 F.3d 1246, 1249-55 (10th Cir. 2007), ***cert. denied***, 129 S.Ct. 486 (2008).[2]

---

[1] "[#15]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

[2] In ***Manning***, the Tenth Circuit held the plain language, structure, and history of the EAJA preclude an award of fees to anyone other than the prevailing party. Thus, even if plaintiff has assigned his right to EAJA fees to his attorney, I may not direct the fee award be paid directly to anyone other than plaintiff himself.

**THEREFORE, IT IS ORDERED** as follows:

1. That the parties' **Motion for Order Approving Stipulation of Award of Attorney Fees Under the Equal Access to Justice Act** [#23], filed January 27, 2016. is granted; and

2. That pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(1)(A), plaintiff is awarded attorney fees of $3,097.00.

Dated January 27, 2016, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge